UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                    )
                                          )
ANGELA KAY HACK,                          )    No. 23-90127
                                          )    Chapter 13
           Debtor.                        )

## MOTION TO DISMISS

NOW COMES First Financial Bank, N.A., by Jeffrey D. Richardson, its attorney, and for its Motion respectfully states as follows:

1. The Debtor filed her Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code on March 21, 2023.

2. The Debtor does not qualify to be a debtor under Chapter 13.

3. The Debtor's Schedules show that she is not employed and that her total gross income for 2022 was $500.00.

4. The Debtor confirmed at her Section 341 that she is not employed and has had no income in the last six months.

5. The Debtor stated that to the extent she paid her expenses, she did so from help from her parents which they give her from time to time.

6. The Debtor has no source of income to pay her expenses much less a plan.

7. At the 341 meeting the Debtor testified that she expected further help from her parents concerning her Plan.

8. The Debtor's bankruptcy has not been filed in good faith.

9. The Debtor formerly owned a gymnastics center in Danville which she called the "Danville Institute of Gymnastics".

2

10. Prior to filing this case, First Financial Bank obtained a judgment against the Debtor in the Circuit Court of Vermilion County in Case No. 22-LM-88 on September 20, 2022 for $14,473.30 plus costs (with the award of attorney's fees reserved) and a Replevin Order on its commercial security interest on the Debtor's gymnastic equipment.

11. A Citation to Discover Assets was issued on the judgment.

12. The Debtor then undertook a cause of conduct to avoid service of the Citation to Discover Assets which is evidenced in part by the Citation Affidavits of Non-Service in State Court attached hereto as Exhibits "A" and "B".

13. The Citation was only fully effectual on the Defendant by her attorney's agreed entry of appearance and request for a continuance of the Citation which First Financial agreed to.

14. At the rescheduled Citation hearing on January 6, 2023, the Circuit Court ordered the Debtor to give First Financial her current phone number so it could arrange to take possession of the gymnastics equipment and to cooperate with First Financial in obtaining the equipment. A copy of the Court's Order is attached as Exhibit "C".

15. Instead, the Debtor ignored all of First Financial's calls to obtain cooperation in obtaining the gymnastics equipment collateral.

16. On January 20, 2023, First Financial filed a Petition for Adjudication of Civil Contempt against the Debtor in Vermilion County Court for the Debtor's refusal to comply with the Circuit Court's Order. A copy of that Petition is attached hereto as Exhibit "D".

17. On February 10, 2023, after the Debtor failed to appear in Court on February 6, 2023, the Circuit Court found the Debtor in contempt of Court, but stayed the issuance of a bench warrant "for the Defendant to have one last opportunity to avoid further consequences of

3

contempt and her failure to comply with the Court's order". A copy of the Order is attached hereto as Exhibit "E".

18. When the Debtor again failed to comply and failed to appear at the status hearing on her compliance on the Order of Contempt on March 13, 2023 the Circuit Court ordered a bench warrant for her arrest to issue.

19. That bench warrant has since been quashed on First Financial's Motion after this case was filed. A copy of the Circuit Court's Order is attached hereto as Exhibit "F".

20. The Debtor before this Court has filed for relief under a bankruptcy chapter which she does not qualify for and thereby has obtained a stay from the consequences of her actions in state court, which has nothing directly to do with paying money to a creditor and everything to do with her refusal to comply with the non-monetary orders of that court and the order of that court to appear before that court when directed.

WHEREFORE, First Financial Bank, N.A., respectfully prays that this case be dismissed.

 /s/ Jeffrey :D. Richardson
JEFFREY D. RICHARDSON
Attorney for First Financial Bank, N.A.
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Tele: 217/425-4082
Email: jdrdec@aol.com

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on May 2, 2023, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Ms. Marsha Combs-Skinner
Mr. Terrence Miles

/s/ Jeffrey D. Richardson